

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ltr platt 10 17 05(Vondette).wpd

*United States Attorney's Office*

*610 Federal Plaza*
*Central Islip, New York 11722-4454*

October 17, 2005

**Via Hand and Electronic Case Filing**
Honorable Thomas C. Platt
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

>    Re:  United States v. Vondette,
>         Criminal No. 97-1010

Dear Judge Platt:

      The government writes to respectfully request a five-business day enlargement of the time, through and including October 27, 2005, to submit the government's papers in opposition to the defendant Michael Vondette's Motion to Overturn, Vacate, or Set Aside the In Personam Money Judgment [and] Forfeiture Levied Against the Defendant.  This enlargement is requested because the undersigned Assistant U.S. Attorney will be on previously scheduled government travel for the balance of this week and will be unable to finish drafting the government's opposition papers by the current deadline of October 20.  A brief five-business day enlargement through and including **October 27, 2005** will permit the undersigned to finalize the aforementioned papers.  This is the government's first request for an enlargement of the time to file such papers.

      Thank you for Your Honor's consideration of this matter.

>                              Respectfully submitted,
>
>                              ROSLYNN R. MAUSKOPF
>                              United States Attorney
>
>                         BY:_____/S/_____
>                              RICHARD T. LUNGER
>                              Assistant U.S. Attorney
>                              (631) 715-7867

cc:  Michael Vondette (Via Certified Mail)
     Charles P. Kelly, AUSA